IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Case No.: 3:15-CR-00072 |
| | ) | Chief Judge Sharp |
| | ) | |
| TROY ANTHONY McFARLAND, JR., | ) | |

**MOTION TO ALLOW DEFENDANT ACCESS TO A PERSONAL COMPUTER FOR DISCOVERY REVIEW**

Comes now the Defendant, Troy McFarland, Jr., by the undersigned counsel, and moves the Court to issue an Order allowing the Defendant to have access to a personal computer to review the electronic discovery provided in this case. A significant part of the discovery received from the Government is made up of extensive audio recordings and other electronic documents. Allowing Defendant McFarland to review the audio recordings will enable him to assist his counsel in preparing for trial.

Respectfully submitted,

/s/ Erik R. Herbert
Erik R. Herbert #018698
222 Fourth Ave., North, Suite 100
Nashville, TN 37219
Phone: (615) 255-9595

1